Electronically Filed - ST LOUIS COUNTY - June 19, 2023 - 12:09 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| EGV COMPANIES, INC., )<br>        Plaintiff, )<br>vs. )<br>BTB MARKETING, LLC, )<br>Serve: Bradley Yeater )<br>       19925 Canterbury Drive )<br>       Stilwell, KS 66085 )<br>       Defendant. ) | Cause No.<br><br>Division |

## PLAINTIFF'S PETITION FOR BREACH OF CONTRACT

COME NOW Plaintiff EGV Companies, Inc. ("Ensurety"), by and through its undersigned counsel and for its Petition against Defendant BTB Marketing, LLC ("BTB") in the above-captioned cause of action, states as follows:

1. Plaintiff Ensurety is a Missouri limited liability company with its principal place of business in St. Louis Count, Missouri.

2. Defendant BTB is a Kansas limited liability company and operates a call center whereby its employees attempt to sell various products that Plaintiff offers to customers.

3. Jurisdiction and venue is proper in this Court.

4. On or about May 23, 2022, an individual named Mark Dobronski filed suit (Cause No,. 2:22-cv-11133) in the United States District Court for the Eastern District of Michigan against Ensurety Ventures, LLC, EFS Companies, LLC, Brian Fox and an unknown BTB entity for an alleged violation of the Telephone Consumer Protection Act.

Electronically Filed - ST LOUIS COUNTY - June 19, 2023 - 12:09 PM

5. The underlying calls at issue in the *Dobronski* litigation were made by employees, agents, or representatives of Defendant BTB such that any potential liability originated from the alleged acts of Defendant BTB.

6. Specifically, the allegations in the *Dobronski* lawsuit were that Defendant BTB's call center agents called Mr. Dobronski in an effort to sell him an Omega Home Warranty, despite the fact that he was on the do-not-call registry. The suit further alleged that Defendant BTB's call center agents also made several charges to Mr. Dobronski's credit card without his authorization. Accordingly, all of the alleged acts in this lawsuit arose from the conduct of Defendant BTB Marketing's call center agents.

7. Eventually, Plaintiff Ensurety agreed to pay funds necessary to settle the *Dobronski* lawsuit because Defendant BTB did not have the financial solvency to do so.

8. However, Defendant BTB agreed to reimburse EGV Companies, Inc. for the amount of the settlement plus the attorney's fees that were incurred in connection with the defense thereof (i.e. $95,000, and an additional $23,399.50 in legal fees).

9. Thereafter, Defendant BTB made payments of $40,000 (7/27/22) and $15,000 (8/15/22) to Plaintiff Ensurety, but it has failed and refused to pay the remaining balance of $68,399.50.

10. Accordingly, Plaintiff Ensurety has been damaged in the amount of $68,399.50 as a direct and proximate result of Defendant BTB's breach of its contract to repay this balance.

WHEREFORE, Plaintiff respectfully requests the Court to enter Judgment in its favor and against Defendant on all claims asserted in the Petition, for an award of monetary damages in excess of twenty-five thousand dollars, for an award of costs in its favor, and for such other and further relief as the Court deems just and appropriate.

MCCARTHY, LEONARD & KAEMMERER, L.C.

By: /s/Bryan M. Kaemmerer
Brian E. McGovern, #34677
bmcgovern@mlklaw.com
Bryan M. Kaemmerer #52998
bkaemmerer@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town and Country, Missouri 63017
Telephone: (314) 392-5200
Facsimile: (314) 392-5221

Attorney for Plaintiff